**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS LLC,**
Appellants/Cross-Appellees

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee/Cross-Appellant**

**V.**

**SIERRA VERDE, LLC, PATRICK BOYCE, WILLIAM L. BRITAIN, AND JAMES DONDERO, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** appellants' March 23, 2015 unopposed motion for extension of time to file briefs and **ORDER** appellants' briefs be filed no later than April 29, 2015. Based on the extension given to appellants, we extend the other briefing deadlines outlined in our March 3, 2015 order as follows:

•Daugherty's brief in response to Highland Employee Retention Assets LLC's brief is due no later than May 29, 2015;

•Highland Capital Management, L.P.'s (and all other appellees as to Daugherty, if applicable) brief in response to Daugherty's brief; and Highland Capital Management, L.P.'s opening brief as cross-appellant are due no later than May 29, 2015;

•Daugherty's combined reply brief and appellee's response to Highland Capital's opening brief is due no later than June 29, 2015;

•Highland Employee Retention Assets LLC's reply brief is due no later than June 29, 2015;

•Highland Capital Management, L.P.'s reply brief to Daugherty's response is due no later than July 20, 2015.


/s/     CRAIG STODDART
        JUSTICE